NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BENJAMIN SLOTZNICK

---

2011-1342
(Serial No. 10/888,081)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

JOHN D. SIMMONS, Panitch Schwarze Belisario & Nadel LLP, of Philadelphia, Pennsylvania, argued for appellant. With him on the brief were CLARK A. JABLON and BIJAL SHAH-CREAMER.

THOMAS W. KRAUSE, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and LYNNE E. PETTIGREW, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 13, 2012      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk